IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

FILED
MAY 25 2001
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| MARATHON POWER TECHNOLOGIES, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. W-00-CA-276 |
| AVIATION SALES BEARINGS COMPANY, d/b/a Dixie Aerospace Company, | § § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

This matter having come before the Court on the Stipulation of Plaintiff Marathon Power Technologies, Inc. and Defendant Aviation Sales Bearings Company d/b/a Dixie Aerospace Company, and the Court being advised in the premises,

IT IS HEREBY ORDERED that this case shall be and hereby is dismissed with prejudice and without costs or fees awarded to any party.

IT IS SO ORDERED.

SIGNED this 25 day of May, 2001.

_____
UNTIED STATES DISTRICT JUDGE

LAC\001537\00026\113339.1

16